IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

BRANDON JOHNSON,

                Defendant.

ORDER

08-cr-94-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      No objections having been received to the report and recommendation entered herein by the United States Magistrate Judge on August 22, 2008, IT IS ORDERED that the magistrate judge's recommendation is ADOPTED.  FURTHER, IT IS ORDERED that defendant Brandon Johnson's motions to quash the search warrant and to suppress his statement to Officer Markham and Detective Rietzler are DENIED.  Defendant's motion to suppress his statement to Deputy Dockter and Agent Grywalsky is GRANTED.

      Entered this 8th day of September, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1